MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
STEVEN M. SCHUETZE #143778
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, CA  91711
Telephone:  (909) 621-4935
Facsimile:   (909) 625-6915

JS-6

Attorneys for Defendants/Cross-Claimant

# UNITED STATES OF THE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON, McPHARLIN & CONNERS, LLP, and GLEN H. MERTENS<br><br>Defendants | Case No.: SACV 10-0171 AG (Anx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon consideration of the Stipulation filed jointly by the parties, and for good cause shown, IT IS HEREBY ORDERED:

Plaintiff/Counterclaim Defendant Navigators Insurance Company's claims, counterclaims and cross claims against all defendants are hereby dismissed with prejudice.

Defendants/Counterclaim Plaintiffs Anderson McPharlin & Conners, LLP, Mark E. Aronson, Carleton R. Burch, Colleen A. Deziel, David T. DiBiase, Jesse S. Hernandez,

1  Michael C. Phillips, Michael S. Robinson, Eric A. Schneider, Paula G. Tripp, Gary J.
2  Valeriano, Vanessa H. Widener, and D. Damon Willens' claims, counterclaims and
3  cross claims against Navigators Insurance Company are hereby dismissed with
4  prejudice.
5      Each party shall bear his, her, or its own attorneys' fees, expenses and other
6  costs in connection with the above-captioned action.

Dated: September 23, 2011

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

Case 8:10-cv-00171-AG -AN   Document 76   Filed 09/23/11   Page 3 of 3   Page ID #:902