MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
STEVEN M. SCHUETZE #143778
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

JS-6

Attorneys for Defendants/Cross-Claimant

UNITED STATES OF THE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON, McPHARLIN & CONNERS, LLP, and GLEN H. MERTENS<br><br>Defendants | Case No.: SACV 10-0171 AG (Anx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon consideration of the Stipulation filed jointly by the parties, and for good cause shown, IT IS HEREBY ORDERED:

Plaintiff/Counterclaim Defendant Navigators Insurance Company's claims, counterclaims and cross claims against all defendants are hereby dismissed with prejudice.

Defendants/Counterclaim Plaintiffs Anderson McPharlin & Conners, LLP, Mark E. Aronson, Carleton R. Burch, Colleen A. Deziel, David T. DiBiase, Jesse S. Hernandez,

1. Michael C. Phillips, Michael S. Robinson, Eric A. Schneider, Paula G. Tripp, Gary J. Valeriano, Vanessa H. Widener, and D. Damon Willens' claims, counterclaims and cross claims against Navigators Insurance Company are hereby dismissed with prejudice.

    Each party shall bear his, her, or its own attorneys' fees, expenses and other costs in connection with the above-captioned action.

Dated: September 23, 2011

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD